**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Antonio SERRANO–VILLALO-**
**BOS, Defendant–Appellant.**

**No. 12–10643.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2013.*

Filed Dec. 18, 2013.

Todd D. Leras, Assistant U.S. Attorney, Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Dan Frank Koukol, Law Office of Dan F. Koukol, Auburn, CA, for Defendant–Appellant.

Jose Antonio Serrano–Villalobos, pro se.

Before: GOODWIN, WALLACE, and GRABER, Circuit Judges.

MEMORANDUM **

Jose Antonio Serrano–Villalobos appeals from the district court's judgment and challenges his guilty-plea conviction and 150–month sentence for multiple drug offenses in violation of 21 U.S.C. §§ 841(a) and 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Serrano–Villalobos's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Serrano–Villalobos the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.